**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DIAMOND CLARK,**

**Plaintiff,**

**v.**

**WILDWOOD VILLAGE APARTMENTS, *et al.*,**

**Defendants.**

**Case Number 2:26-cv-611**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge S. Courter M. Shimeall**

# ORDER

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge recommending that the Court dismiss this action with prejudice under Federal Rule of Civil Procedure 41(b) and deny as moot Plaintiff Diamond Clark's Motion for Leave to Proceed *in forma pauperis* (ECF No. 2). (ECF No. 10.)

In May 2026, the Magistrate Judge ordered Plaintiff to show cause and explain within 14 days: (1) why this case is not merely April Clark[1] asserting claims under the name Diamond Clark; and (2) April Clark's involvement, if any, in this litigation. (ECF No. 6.) Plaintiff did not respond. In June 2026, the Magistrate Judge ordered Plaintiff to show cause within seven days and explain why this case should not be dismissed for want of prosecution. (ECF No. 7.) The Magistrate Judge warned Plaintiff that failure to respond will result in the recommendation that this case be dismissed for failure to prosecute. (*Id.*) Plaintiff again did not respond. As a result, the Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss

[1] As explained by the Magistrate Judge, April Clark is an individual who has been declared a vexatious litigator due to her repetitive, excessive, and baseless filings in this Court. (ECF No. 6; *see* Case No. 2:23-cv-04201, ECF No. 23.)

this action with prejudice under Rule 41(b) for failure to comply with the Court's orders. (ECF No. 10.) The Magistrate Judge also recommends that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (ECF No. 2) be denied as moot.

After a magistrate judge issues a report and recommendation, any party may object within 14 days by serving and filing written objections to the magistrate judge's proposed findings and recommendations. 28 U.S.C. § 636(b)(1). Failure to object results in waiver of the right to a *de novo* review of the report and recommendation by the district court. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Plaintiff was advised of her right to object to the Report and Recommendation and the consequences of failing to do so. (ECF No. 10, PageID 11–12.) Plaintiff did not object to the Report and Recommendation.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 10.) This action is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(b). Additionally, the Court **DENIES AS MOOT** (ECF No. 2) Plaintiff Diamond Clark's Motion to Proceed *in forma pauperis*.

The Clerk is **DIRECTED** to enter judgment, terminate this case on the docket, and mail a copy of this Order to Plaintiff Diamond Clark at P.O. Box 13015, Whitehall, Ohio, 43213.

**IT IS SO ORDERED.**

**10/13/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**